Tammy Hussin (Bar No. 155290)
HUSSIN LAW
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877) 677-5397
Tammy@HussinLaw.com

Attorney for Plaintiff, David Mayfield

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| David Mayfield,<br><br>               Plaintiff,<br><br>vs.<br><br>National Credit Adjusters, LLC, a foreign limited liability company; and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:15-cv-07235<br><br>NOTICE OF SETTLEMENT |

    Plaintiff David Mayfield hereby informs this Court that this matter has settled, and anticipates filing a voluntary dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within 60 days.

    DATED: December 29, 2015     TAMMY HUSSIN

                                                    By: */s/   Tammy Hussin*
                                                   Tammy Hussin, Esq.
                                                   Hussin Law
                                                   Attorney for Plaintiff, David Mayfield